ELIZABETH GALLAGHER, EXECUTRIX (ESTATE OF THOMAS GALLAGHER) *v.* J. WILLIAM BURNS, COMMISSIONER OF TRANSPORTATION ET AL. (12315)

FOTI, HEIMAN and SCHALLER, Js.

Argued February 25—decision released March 22, 1994

*Steven P. Kulas,* with whom, on the brief, was *Prescott W. May,* for the appellant (plaintiff).

*Edward P. Brady III,* for the appellee (named defendant).

PER CURIAM. The judgment is affirmed.